IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHARLES SMITH, #152740,         )
                                )
    Petitioner,             )
                                )
v.                              )   CIV. ACT. NO. 3:15cv225-ECM
                                )                [WO]
CHERYL PRICE, *et al.*,         )
                                )
    Respondents.            )

**OPINION and ORDER**

On August 8, 2018, the Magistrate Judge entered a Recommendation denying the petitioner's petition for writ of habeas corpus be denied and the petition dismissed. (Doc. 15). On August 27, 2018, the plaintiff filed objections to the Recommendation of the Magistrate Judge. The Court has carefully reviewed the record in this case, the Recommendation of the Magistrate Judge, and the petitioner's objections. Upon an independent review of the file in this case and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, the petitioner's objections be and are hereby OVERRULED, the petition for writ of habeas corpus filed by Smith on April 10, 2015, be and is hereby DENIED, and the petition be and is hereby DISMISSED with prejudice.

DONE this 8th day of January, 2019.

                                  /s/ Emily C. Marks
                            EMILY C. MARKS
                            UNITED STATES DISTRICT JUDGE